UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAUREN NORMAN, | Case No. 25-cv-07985-TLT |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| APPLE, INC., | Re: Dkt. No. 20 |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Noel Wise for consideration of whether the case is related to 5:25-cv-03517-NW.

**IT IS SO ORDERED.**

Dated: September 30, 2025

_____
TRINA L. THOMPSON
United States District Judge